**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC PETERSEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 06-1364 AWI LJO<br><br>**ORDER ON PLAINTIFF'S MOTIONS TO SEEK DEFAULT ENTRY**<br>(Docs. 9-11.) |

　　　　Pro se plaintiff Eric Petersen ("Mr. Petersen") has filed several recent papers which this Court construes as an attempt to seek default entry and/or judgment against defendants. Default entry or judgment is improper in that plaintiff has failed to comply with F.R.Civ.P. 4( i ) to serve a copy of the summons and complaint to the United States attorney for this district. Plaintiff has filed no papers to prove service on the United States attorney for this district. The office of the United States attorney for this district has confirmed that it has not been served with a copy of the summons and complaint. As such, this Court considers plaintiff's attempts to seek default entry or judgment as fraud upon this Court. The address to serve the U.S. attorney for this district is:

> U.S. Attorney for the Eastern District of California
> U.S. Attorney's Office, Civil Process Clerk
> 2500 Tulare Street, Suite #4401
> Fresno, CA 93721.

　　　　On the basis of good cause, this Court:

1. DENIES plaintiff's motions to seek default entry or judgment;
2. ORDERS plaintiff, no later than January 17, 2007 to comply fully with F.R.Civ.P. 4( i ) and to file appropriate papers to prove service of the summons and complaint on the United States attorney for this district; and
3. DIRECTS this Court's clerk to serve a copy of this order on the U.S. Attorney for the Eastern District of California, U.S. Attorney's Office, Civil Process Clerk, 2500 Tulare Street, Suite #4401, Fresno, CA 93721 and also by e-mail, if possible.

**This Court admonishes plaintiff that failure to comply with this order and to accomplish proper and complete service of the summons and complaint will result in a recommendation to dismiss this action.**

IT IS SO ORDERED.

**Dated:   January 2, 2007**              /s/ Lawrence J. O'Neill
66h44d                                           UNITED STATES MAGISTRATE JUDGE