IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PETERSEN, ) | 1: 06 - CV - 1364 AWI NEW (WMW) |
| ) | |
| Plaintiff, ) | ORDER VACATING APRIL 16, 2007 |
| v. ) | HEARING DATE AND TAKING |
| ) | MOTION TO DISMISS UNDER |
| ) | SUBMISSION |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant United States has filed a motion to dismiss this action, or in the alternative, for summary judgment. The court has reviewed the moving papers, opposition, and reply and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED:

1. The previously set hearing date of April 16, 2007, is VACATED, and no party shall appear at that time;

2. As of April 16, 2007, the court will take Defendants' motion under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   April 10, 2007**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE