```
                              FILED
                          JUDGMENT ENTERED

                        _____May 25, 2007_____
                                     Date
                              by ____G. Lucas_____
                                  Deputy Clerk
                            U.S. District Court
                         Eastern District of California
                          __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
ERIC PETERSEN,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:06-cv-1364 AWI NEW WMW
UNITED STATES OF AMERICA,

          Defendant.
_____/
```

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED:  May 25, 2007

                                        VICTORIA C. MINOR, Clerk

                                        /S/ G. Lucas
                                    By:
                                            Deputy Clerk

jgm.civ
2/1/95